IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DENNIS AND NOVA MAACK, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ANDREW HOLMES d/b/a )<br>THE BOX DOCTOR )<br>)<br>    Defendant. ) | Case No.: 06-2162-KHV |

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 7th day of September, 2006, the above-captioned matter comes before this Court upon the parties' Stipulation of Dismissal With Prejudice (Doc. #26).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be and is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge

Submitted by:

BAKER STERCHI COWDEN & RICE, L.L.C.

 s/ David A. Brose
Shawn M. Rogers						KS #18888
David A. Brose				KS #21824
2400 Pershing, Suite 500
Kansas City, MO 64108
Telephone:  (816) 471-2121
Facsimile:  (816) 472-0288
rogers@bscr-law.com
brose@bscr-law.com

**ATTORNEYS FOR DEFENDANT**

	-AND-

GASTON LAW OFFICES, CHARTERED

s/ Patrick D. Gaston
Patrick D. Gaston				KS #12479
8780 Mastin, Suite B
Overland Park, KS 66212
Telephone:  (913) 888-6333
Facsimile:  (913) 888-6334
patrick@gaston.as

**ATTORNEY FOR PLAINTIFFS**